# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

160005(25)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CURTIS LAMONT WOODS,
      Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160005
COA: 348546
Wayne CC: 13-009701-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's March 3, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020

a0720

Clerk